1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**SAMUEL CAMACHO-GIL**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA       )       **CASE NO. 1:07-CR-00283-AWI**
                                )
11                                )       **STIPULATION TO CONTINUE**
                     Plaintiff,  )       **SENTENCING**
12                                )
        v.                       )
13                                )
SAMUEL CAMACHO-GIL              )
14                                )
                     Defendant.  )
15 _____)

16
        Defendant, SAMUEL CAMACHO-GIL, by and through his counsel of record,
17
NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
18
through its counsel of record, KAREN A. ESCOBAR, Assistant United States Attorney for
19
the Eastern District of California, hereby stipulate that the sentencing in the above-referenced
20
case currently scheduled for Monday, November 17, 2008, at 9:00 a.m. be continued to
21
Monday, January 20, 2009 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii,
22
District Judge.
23
///
24
///
25
///
26
///
27
///
28

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 11-03-08    /s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant
**SAMUEL CAMACHO-GIL**

**IT IS SO STIPULATED**

Dated: 11-03-08    /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

**ORDER**

Upon stipulation of the parties, the sentencing in this case is continued to **TUESDAY,** January 20, 2009 at 9:00 a.m. in courtroom 2.

IT IS SO ORDERED.

**Dated:   November 4, 2008**     /s/ **Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE