1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:    (559) 486-4533
4

5 Attorney for Defendant
**SAMUEL CAMACHO-GIL**
6

7
UNITED STATES DISTRICT COURT
8
EASTERN  DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA | ) | **CASE NO. 1:07-CR-00283-AWI** |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| SAMUEL CAMACHO-GIL | ) |  |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

   Defendant, SAMUEL CAMACHO-GIL, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KAREN A. ESCOBAR, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Tuesday, January 20, 2009, at 9:00 a.m. be continued to Tuesday, February 17, 2009 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

**IT IS SO STIPULATED**

Dated: 01-14-09                     /s/ Nicholas F. Reyes
                                    NICHOLAS F. REYES
                                    Attorney for Defendant
                                    **SAMUEL CAMACHO-GIL**

Respectfully submitted,

**IT IS SO STIPULATED**

Dated: 01-14-09                     /s/ Karen A. Escobar
                                    KAREN A. ESCOBAR
                                    Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   January 16, 2009**         /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE