UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
Chief United States District Judge
Fresno, California

                                          RE:    SAMUEL CAMACHO-GIL
                                                     Docket Number:  1:07CR00283-001 AWI
                                                     PERMISSION TO TRAVEL
                                                     <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The probationer is requesting permission to travel to Mexico.  The probationer was permitted to travel previously and he complied with this officer's requests.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On February 17, 2009, Samuel Camacho-Gil was sentenced for the offense of 18 USC 1001, False Statements.

**Sentence Imposed:**  36 months probation; $100 special assessment; mandatory drug testing.  Special conditions: 1) Search; 2) Financial disclosure; 3) Community service.

**Dates and Mode of Travel:**  The probationer will be traveling by personal automobile, departing on or around December 23, 2011, and returning on January 23, 2012.

**Purpose:**  The probationer would like to travel to Mexico to receive dental implants.  He was previously permitted to travel to Mexico during December 2009 to receive treatment for a decaying tooth and again in January of 2011 at which time most of his teeth were extracted.  If permitted to travel, this officer will request that the offender provide documentation of his medical visits.

**RE:    SAMUEL CAMACHO-GIL**
       Docket Number:   1:07CR00289-001 AWI
       <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>

                                 Respectfully Submitted,

                                 /s/ Rick C. Tarazon

                                 **RICK C. TARAZON**
                                 **United States Probation Officer**


**DATED:**     December 19, 2011
              Fresno, California
              RCT



**REVIEWED BY:**     /s/ Hubert Alvarez  *for*
                     **ROBERT RAMIREZ**
                     **Supervising United States Probation Officer**

**RE:   SAMUEL CAMACHO-GIL**
   **Docket Number:   1:07CR00289-001 AWI**
   <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

---

**ORDER OF THE COURT:**

Approved _____X_____          Disapproved _____

IT IS SO ORDERED.

Dated:   ___December 20, 2011___       _____
                                       CHIEF UNITED STATES DISTRICT JUDGE